**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7590**

BENJAMIN HENDERSON JONES,

Plaintiff - Appellant,

versus

PEOPLE OF THE COMMONWEALTH OF VIRGINIA; JAMES
S. GILMORE, III; MARY SUE TERRY, Attorney
General; MR. STEPHENSON, Attorney General of
Virginia; KUSCZKO, District Attorney; LARGE,
District Attorney; KALLEN, Assistant District
Attorney; SHERIFF KELLY; SHERIFF ADKINS; BOB
ADAMS; GEORGE ALLEN, Governor; L. DOUGLAS
WILDER, Governor; GERALD BALILES, Governor;
CHARLES ROBB, Governor; A. LINWOOD HOLTON,
JR., Governor,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-95-994-R)

Submitted:  January 11, 1996        Decided:  January 25, 1996

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin Henderson Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jones v. People of the Commonwealth of Virginia</u>, No. CA-95-994-R (W.D. Va. Sept. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>